ALFRED H. NEWBURGER and Others v. JULIUS SHERMAN.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.